Edward A. Miller et al., appellants,

*v.*

James A. Bannister, respondent.

On appeal from a decree advised by Vice-Chancellor Reed, whose opinion is reported in *Bannister* v. *Miller, 9 Dick. Ch. Rep. 121.*

*Mr. Frederic W. Stevens*, for the appellants.

*Mr. Robert H. McCarter*, for the respondent.

Per Curiam.

Decree affirmed, for the reasons given in the court of chancery.

*For affirmance* — The Chief-Justice, Depue, Dixon, Garrison, Gummere, Lippincott, Ludlow, Magie, Van Syckel, Barkalow, Bogert, Dayton, Hendrickson, Nixon—14.

*For reversal*—None.